IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TARA ARMADO and MAKI TYNER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>HI. Q, INC., d/b/a HEALTH IQ INSURANCE SERVICES, INC.,<br><br>Defendant. | Case No. CIV-21-608-F |

## ORDER

The court is in receipt of plaintiffs' First Amended Class Action Complaint properly filed pursuant to Rule 15(a)(1)(B), Fed. R. Civ. P. As the properly filed amended pleading supersedes the original Class Action Complaint, *see*, Murray v. Archambo, 132 F.3d 609, 612 (10th Cir. 1998); Miller v. Glanz, 948 F.2d 1562, 1565 (10th Cir. 1991); Gilles v. United States, 906 F.2d 1386, 1389 (10th Cir. 1990), the court **DENIES** as **MOOT** Defendant Health IQ Insurance Services, Inc.'s Motion to Dismiss Plaintiffs' Complaint (doc. no. 8).

IT IS SO ORDERED this 9th day of September, 2021.

*[Signature]*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0608p003.docx