# Exhibit E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

**MAKI TYNER,** *individually and on behalf of all*
*others similarly situated*,

      Plaintiff,

v.

**HEALTH IQ INSURANCE SERVICES,**
**INC.,**

      Defendant.

**CLASS ACTION**

**JURY TRIAL DEMANDED**
 CIV-21-608-F

## <u>STIPULATED FACTS</u>

Plaintiff Maki Tyner and Defendant Health IQ Insurance Services, Inc. hereby stipulate and agree, in order to avoid a discovery dispute in this matter requiring the Court's intervention, that the following facts are true and correct for purposes of this case and shall be deemed admitted for all purposes without the necessity to offer any further evidence in support thereof:

      1.      On March 2, 2021, Plaintiff visited the website www.flashrewards.us. Plaintiff does not recall specifically visiting this website, but does not, and will not, dispute this fact.

      2.      During that March 2, 2021 visit, Plaintiff completed and submitted a multi-page web form that included providing her name, email, date of birth, address, and telephone number.

      3.      The last page of the web form included the following:



4.    Plaintiff submitted the web form by clicking the "Continue" action button.

Dated: June 7, 2022

By: */s/ Ignacio J. Hiraldo*
   Ignacio J. Hiraldo
   IJH Law
   1200 Brickell Ave., Suite 1950
   Miami, FL 33131
   Telephone: (786) 496-4469
   Email: ihiraldo@ijhlaw.com

   *Attorneys for Plaintiff*
   *Maki Tyner*

By: */s/ Paul A. Rosenthal*
   Paul A. Rosenthal (*pro hac vice*)
   KELLY DRYE & WARREN LLP
   One Jefferson Road
   Parsippany, NJ  07054
   Telephone: (973) 503-5900
   Email: paulrosenthal@kelleydrye.com

   *Attorneys for Defendant*
   *Health IQ Insurance Services, Inc.*